IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Earnest Lee Walker, 187017
_____
Full name and prison number of
plaintiff(s)

v.

1.) Commissioner Alabama
Department of Public Safety, et al.;

2.) Commissioner Alabama Department
of Corrections, et al.;
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05cv1116-T
(To be supplied by the Clerk of the
U.S. District Court)

RECEIVED
2005 NOV 22 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) Earnest Lee Walker
      Defendant(s) James E. Hall

   2. Court (if federal court, name the district; if state court, name the county)
      Federal Court - Southern District

   3. Docket No. CV-0771-AK-C

   4. Name of Judge to whom case was assigned Alex T. Howard, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Dismissed without prejudice for failure to prosecute and obey the court's order_

6. Approximate date of filing lawsuit _7-28-98_

7. Approximate date of disposition _8-24-99_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. _Colonel W. M. Coppage_  _P.O. Box 1471 Montgomery, AL_
2. _36102-1471_
3.
4. _Donal Campbell_  _P.O. Box 301501 Montgomery, AL_
5. _36104_
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _October 31, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Due Process Violation_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_The Commissioner or the Director of Public Safety designated my misdemeanor sex offense from Oakland, California as a sex offense to be considered as a sex offense under Section 15-20-21 (4) 1. Code of Alabama without a "Due Process" hearing to assure that the Act is not being applied to me in error._

-2-

GROUND TWO: Due Process Violation

SUPPORTING FACTS: The Commissioner of the Alabama Department of Corrections classified me as a sex offender because of my misdemeanor sex offense in Oakland California and applied Section 15-20-22 thru 15-20-24 Code of Alabama against me, without providing me an opportunity to be heard to assure that these sections were not being applied to me in error.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Injunctive Relief Prohibiting enforcement of the 1996 Alabama's Community Notification Act Community Notification Provision against me.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 18, 2005
          (date)

_____
Signature of plaintiff(s)