IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EARNEST LEE WALKER,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1116-T |
| **COMMISSIONER OF ALABAMA** | ) | |
| **DEPARTMENT OF PUBLIC** | ) | |
| **SAFETY, et al.,** | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for temporary restraining order (Doc. No. 3) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 28th day of November, 2005.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**