IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| EARNEST LEE WALKER, #187 017 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1116-T |
| COMMISSIONER OF ALABAMA DEPARTMENT OF PUBLIC SAFETY, *et al.*, | * |
| | * |
| Defendants. | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2. Defendants are GRANTED an extension from December 2, 2005 to December 5, 2005 to file a response to the court's November 23, 2005 show cause order.

Done this 1st day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE