```
CBR716-2                    ALABAMA DEPARTMENT OF CORRECTIONS
                            INMATE SUMMARY AS OF 10/28/2005              CODE: CRPND

****************************************************************************

AIS: 00187017S    INMATE: WALKER, EARNEST LEE              RACE: B  SEX: M

INST: 043 - VENTRESS CORRECTIONAL CENTER    DORM: DP JAIL CR: 000Y 07M 00D

DOB: ███████6    SSN: ███████

ALIAS: WALKER, EARNEST L                    ALIAS: WALKER, ERNEST L

ALIAS: WALKER, ERNEST LEE

ADM DT: 09/25/2003  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR    STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-5    CURRENT CUST DT: 02/08/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:  01/13/2005
INMATE IS EARNING : STRAIGHT TIME

COUNTY      SENT DT   CASE NO   CRIME                        JL-CR      TERM
BALDWIN     09/25/03  N02000957 THEFT OF PROPERTY II       * 007OD 005Y 00M 00D CS
            ATTORNEY FEES : $000600    HABITUAL OFFENDER : Y
            COURT COSTS   : $0000267   FINES : $0001000   RESTITUTION : $0001160
MOBILE      01/13/05  N04003797 RECV STOLEN PROPERTY I      0210D 001Y 06M 00D CC
                                5YRS PROBATION
            ATTORNEY FEES : $000000    HABITUAL OFFENDER : Y
            COURT COSTS   : $0000251   FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT     GOOD TIME BAL    GOOD TIME REV    LONG DATE
 001Y 06M 00D    12/12/2005     000Y 00M 00D     000Y 00M 00D     12/12/2005

INMATE LITERAL: COMPLETE SAP; RETURN TO COURT       Sent HM 11/30/05 tc
****************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 05/09/2005 TYPE COUNTY WARRANT          BALDWIN COUNTY S.O.
    LITERAL: FTA                                 SEQ #: 01    CASE #: CC02-957
    OFFENSE: 202C - THEFT OF PROPERTY II
****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
```


DEFENDANT'S EXHIBIT 1

CONTINUED ON NEXT PAGE

```
CBR716-2              ALABAMA DEPARTMENT OF CORRECTIONS
                       INMATE SUMMARY AS OF 10/28/2005           CODE: CRPND


************************     CONTINUATION     ******************************
AIS: 00137017S   INMATE: WALKER, EARNEST LEE          RACE: B  SEX: M
****************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 03/15/2005   TIME LOST: 00Y00M00D    CUST FROM MED2 TO MED2
    DISCIPLINE TYPE: MAJOR                  AT INST: 043    RULE NUMBER: 38
    RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: INDECENT EXPOSURE - EXHIBITION

 >> DISCIPLINE: 02/22/2005   TIME LOST: 00Y00M00D    CUST FROM MED2 TO MED2
    DISCIPLINE TYPE: MAJOR                  AT INST: 008    RULE NUMBER: 69
    RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: DESTROY/DISPOSE/ALTER/DAMAGE/SELL

 >> DISCIPLINE: 10/05/2004   TIME LOST: 00Y00M00D    CUST FROM MED2 TO MED2
    DISCIPLINE TYPE: MAJOR                  AT INST: 043    RULE NUMBER: 47
    RETAINED DAYS: 0000   SEQ #: 03   RULE LIT: ESCAPE WITHOUT FORCE

 >> DISCIPLINE: 12/07/2004   TIME LOST: 00Y00M00D    CUST FROM QUR2 TO QUR2
    DISCIPLINE TYPE: MAJOR                  AT INST: 017    RULE NUMBER: 57
    RETAINED DAYS: 0000   SEQ #: 02   RULE LIT: INSUBORDINATION

 >> DISCIPLINE: 12/07/2004   TIME LOST: 00Y00M00D    CUST FROM QUR2 TO QUR2
    DISCIPLINE TYPE: MAJOR                  AT INST: 017    RULE NUMBER: 56
    RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO
```

*4/5/w*
*Location unknown* ⓟ

## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| Type of Investigation: | LFO | Date Dictated: | |
| Name: | WALKER EARNEST LEE | PR#: | PR200300034100 |
| Alias: | WALKER ERNEST LEE | Height and Weight: | 5'05" | 160 |
| RS | M   DOB: 02/28/1966  Est. Age: 37 | | |
| Complexion: | | Color of Hair: BRO | Color of Eyes: BRO |
| Bodily Marks: | | | |
| Driver's License: | AL 000187017 | SSN: 421842685 | |
| AIS#: | 187017  FBI#: 237295EA5 | SID: AL01129253 | |
| Phone #: | 2514768223 | | |
| Address: | 1305 WILLOW LANE MOBILE, AL 36605 | | |

### OFFENSE(S) OF INVESTIGATION

| | | | |
|---|---|---|---|
| County: | Baldwin | Case #: | CC 2002 000957.00 |

**Offense(s):** THEFT OF PROP 2ND

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| THEFT OF PROP 2ND : G | 12/18/2002 | 09/25/2003 | Y05 M00 D000 | | | $ 0.00 |

| | | | |
|---|---|---|---|
| Date of Arrest: 09/05/2002 | | Date of Bond: 11/06/2002 | Bond Amt.: $ 5000.00 |
| Judge: | CHARLES C. PARTIN | D.A.: | WHETSTONE JOHN D |
| Attorney: | CATER R PAUL | Retained: | Appointed: X |
| Court Ordered Restitution: $0 | | | |

**NOTES:**

*ENTERED TERMINALS*
*DATE 1-8-04 BY SL*

*Sent to DOC: 12-29-03*

DEC 31 2003

https://pappsi.alacourt.org/print/default.aspx                               12/29/20

| Date | Agency | Type | Charge | Disposition |
|---|---|---|---|---|
| 01/14/1989 | PD Mobile, Al | Prior Adult | Obstructing Criminal Investigation | Other: 01/30/1989, 2 days city jail |
| 09/11/1989 | PD Mobile, Al | Prior Adult | Burglary II, (CC 99-360) | Other: Criminal Trespassing, First Degree, 06/26/1991 1 year, suspended, 2 years informal probation |
| 03/17/1990 | PD Mobile, Al | Prior Adult | Public Intoxication | Other: 03/26/1990, 2 days city jail |
| 06/14/1990 | PD Mobile, Al | Prior Adult | Public Intoxication | Other: 06/15/1990, fine and cost |
| 03/08/1991 | PD Mobile, Al | Prior Adult | DUI | Other: No disposition Available |
| 08/28/1991 | PD Mobile, Al | Prior Adult | 1) Assault, III 2) Resisting Arrest | Other: 1) 09/09/1991, 6 days city jail 2) 09/09/1991, 6 days city jail |
| 02/20/1993 | PD Mobile, Al | Prior Adult | Theft of Property, III | Other: 03/09/1993, fine and cost |
| 10/02/1993 | PD Mobile, Al | Prior Adult | Assault II(DC93-8559) | Other: 10/25/1993, no probable cause |
| 11/02/1993 | PD Mobile, AL | Prior Adult | 1) Harrassment 2) Harrassment | Other: 1) Nol Prossed, 12/14/1993 2) 03/17/1995, 6days city jail |
| 01/26/1994 | PD Mobile, Al | Prior Adult | Cruelty to Animals | Other: 03/08/1994, 6 days city jail |
| 03/22/1995 | PD Mobile, Al | Prior Adult | 1) Harrassment 2)Theft of Property III | Other: 1) 03/17/1995, 6 days city jail 2) 03/17/1995, 5 days city jail |
| 03/30/1995 | SO Alameda, Ca. | Prior Adult | Lewd or Lascivious Acts w/a Child Uder 14 | Other: Convicted; annoy/ molest children; misdemeanor, probation/jail |
| 09/09/1995 | PD Chickasaw, Al | Prior Adult | 1) Poss. Marijuans, II 2) False Name to a Police Officer | Other: 1)Nolle Prossed 10/16/1995 2) Nol Prossed 10/16/1995 |
| 09/10/1995 | Pd Mobile, Al | Prior Adult | Robbery, III (MC CC 1995-3835) | Other: 04/26/1996, 10years Al DOC |
| 12/11/1996 | PD Mobile, Al | Prior Adult | Receiving Stolen Property, II (MC CC95-3836) | Other: 3years Al DOC, concurrent w/cc95-3835 |

### PROBATION PLAN

#### Home

**Living With**     **Address**     **Relation**

#### Employment

**Employer**     **Address**     **Phone**     **Pay Rate**

#### Treatments

**Treatment Type**     **Treatment Description**

**Officer Remarks:**     None

**Recommendations To Court:**     None

Signed and dated at __BAY MINETTE__,

Alabama the _29_ day of _DE, APR 2003_

_____
IRVIN EDWARD
Alabama Probation and Parole Officer

PBF 203

_____
Reviewed By

FROM :   PHONE NO. : 775 8905   Nov. 23 2005 04:29PM P5

## ALABAMA BOARD OF PARDONS AND PAROLES
## REPORT OF INVESTIGATION

Type of Investigation __Legal Facts Only__     Date Dictated __2-28-97__

Name __Ernest Lee Walker__     True Name __Earnest Lee Walker, Sr.__

Alias __Jamal Beard__

RSA __BM-31__     DOB __█████6__     Height & Weight __5'5"  145 pounds__

Complexion __Dark__     Color of Hair __Black__     Color of Eyes __Brown__

Bodily Mark __Scar on face__

Driver's License# _____     SS# __████████__

AIS# __187,017__     FBI# __237 295 EA5__     SID# __AL 01129253__

Address __1305 Willow Lane__     Phone# __476-8223__

__Mobile, AL 36605__

County __Mobile__     Case# __CC95-3836__

Offense(s) __Receiving Stolen Property, Second Degree__

Sentence(s) __3 yrs. pen. concurrent w/CC95-3835__

Date of Sentence __12-11-96__     Date Sentence Began __12-11-96__

Date of Arrest __9-12-95__     Date of Bond __none__     Bond Amt. $_____

Judge __Chris N. Galanos__     D.A. __John Tyson, Jr.__

Attorney __Peter Madden__     Retained _____ Appointed __X__

Court Ordered Restitution $ __None__

Barred from Parole (Ala. Code 15-22-27.1) Yes _____     No __X__

Copies sent to Central Records _____
                                 (date)

NOTES:


PBF 203

ENTERED TERMINALS

DATE __1-7-97__ BY __JC__

1

PRESENT OFFENSE(S)

County, Court & Case Number:

Mobile County Circuit Court and Case Number 95-3836

Offense:

Receiving Stolen Property, Second Degree

Sentence:

3 yrs. pen. concurrent w/CC95-3835

Date of Sentence:

12-11-96

Details of Offense:

On September 9, 1995, Ernest Lee Walker was arrested by Chickasaw Police and booked into the Chickasaw City Jail charged with Possession of Marijuana, Second Degree. On his person at the time of his arrest, Chickasaw Police officers found a black pouch with two (2) bracelets and three (3) earrings, assorted I.D. cards, a pink washcloth, a pair of sunglasses, and a black and white magic Orlando hat. Mobile Police Sergeant Wayne Farmer subsequently interviewed Walker in the Chickasaw City Jail in regard to a robbery case he was investigating. Walker initially stated that he had taken the property from the victim, Marie McCovery because she owed him money for drugs. Walker then later stated that he found the property in a box of trash on Michigan Avenue.

Meanwhile, on September 9, 1995, Marie McCovery made a report to Mobile Police that a black male subject had entered the rear door of her residence at 1414 South Ann Street, Apt. A, Mobile, Alabama and took articles including two (2) purses, two (2) bracelets, and three (3) pairs of earrings.

On September 11, 1995, Detective David Jenkins of the Mobile Police Department interviewed Ernest Lee Walker at the Mobile Metro Jail. He denied breaking into the residence, but stated he found the stolen articles that were found in his possession.

Walker was charged with Receiving Stolen Property, Second Degree on September 12, 1995 after being in possession of stolen property belonging to Marie McCovery valued at two hundred sixty-seven dollars ($267.00).

Serious Physical Injury Barring Parole:

NA

Subject's Statement:

None.

Case Status of Co-Defendants:

NA

Victim Notification Information:

Marie McCovery, 1414 South Ann Street, Apt. A, Mobile, Alabama 36604.

Victim Impact:

The stolen articles were recovered by police at the time of subject's arrest. No restitution was ordered by the court.

Location of Offense:

Mobile City limits.

Court Ordered Restitution:

None.

### RECORD OF ARREST(S)

Prior Arrest Record:

(Adult)

| Date | Agency | Charge | Disposition |
|---|---|---|---|
| 09-03-85 | Portsmouth, VA PD | Destroying Personal Property | Guilty, no sentence available |
| 06-22-86 | Mobile, AL PD | Disorderly Conduct (86-06-3408) | 7-2-86, fine & costs |
| 01-14-89 | Mobile, AL PD | Obstructing Criminal Investigation (89-01-2286) | 1-30-89, 2 days city jail |
| 09-11-89 | Mobile, AL PD | Burglary, II (CC91-360) | Criminal Trespassing, First Degree, 6-26-91 1 yr., suspended sentence, 2 yrs. informal probation |
| 03-17-90 | Mobile, AL PD | Public Intoxication (MPD90-03-3183) | 3-26-90, 2 days city jail |
| 06-14-90 | Mobile, AL PD | Public Intoxication (90-06-2873) | 6-15-90, fine & costs |
| 03-08-91 | Mobile, AL PD | DUI (91-03-1615) | No Disposition Available |
| 08-28-91 | Mobile, AL PD | 1) Assault, III 2) Resisting Arrest (91-08-7090) | 1) 9-9-91, 6 days city jail 2) 9-9-91, 6 days city jail |
| 02-20-93 | Mobile, AL PD | Theft of Property, III (93-02-4454) | 3-9-93, fined & costs |

3

| Date | Agency | Charge | Disposition |
|---|---|---|---|
| 10-02-93 | Mobile, AL PD | Assault, II (DC93-8559) | 10- -93, no probable cause |
| 11-02-93 | Mobile, AL PD | 1) Harassment (93-09-2622) | 1) Nolle Prossed 12-14-93 |
|  |  | 2) Harassment (93-11-0403) | 2) 3-17-95, 6 days city jail |
| 01-26-94 | Mobile, AL PD | Cruelty to Animals (94-01-4667) | 3-8-94, 6 days city jail |
| 03-11-95 | Mobile, AL PD | 1) Harassment (95-03-1729) | 1) 3-17-95, 6 days city jail |
|  |  | 2) Theft of Property, III (95-03-1810) | 2) 3-17-95, 6 days city jail |
| 03-30-95 | Alameda Co., CA SO | Lewd or Lascivious Acts w/a Child Under 14 | Convicted annoy/molest children; misdemeanor, probation/jail |
| 09-09-95 | Chickasaw, AL PD | 1) Poss. Marijuana, II (95-09-0382) | 1) Nolle Prossed 10-16-95 |
|  |  | 2) False Name to Police Officer | 2) Nolle Prossed 10-16-95 |

**Subsequent Arrest Record:**

| Date | Agency | Charge | Disposition |
|---|---|---|---|
| 09-10-95 | Mobile, AL PD | Robbery, III (CC95-3835) | 4-26-96, 10 yrs. pen. |

PERSONAL/SOCIAL HISTORY

For personal/social history, please refer to the Pre-Sentence investigation dated April 24, 1996.

Signed and dated at Mobile, Alabama this the 3rd day of March, 1997.

_____
Terri Luker Barlar
Alabama Probation and Parole Officer

TLB/kg

Reviewed by: _____
Fred H. Dees, Jr.
District Supervisor

FROM : 
NOV 30 05 09:41a  safetaskforce  PHONE NO. : 775 8905  0++  510 268 2221  Dec. 01 2005 02:30PM P5  p.5
Case 2:05-cv-01116-WKW-VPM    Document 11-2    Filed 12/05/2005    Page 10 of 13

LEAWEB MESSAGE RESPONSE PAGE

http://leaweb1/cgi-bin/cgigeneric



## California Department of Justice
## LEAWEB MESSAGE RESPONSE

Print Response

```
4CM6J019252.IH
RE: QRY.CA0019476.11141077.COURAND       DATE:20051130 TIME:09:01:53
RESTRICTED-DO NOT USE FOR EMPLOYMENT, LICENSING OR CERTIFICATION PURPOSES
ATTN:COURAND SAFE 290PC

** III MULTIPLE SOURCE
CII/A11141077
DOB/19660228    SEX/M  RAC/BLACK
HGT/507  WGT/140  EYE/BRO  HAI/BLK  POB/CA
NAM/01 WALKER, ERNEST LEE

FBI/337295BA8
SOC/421842685
* * *

ARR/DET/CITE:        NAM:01  DOB:19660228
19950630  CAID ALAMEDA CO

CNT:01    #AXM961
  288(A) PC-LEWD OR LASCIV ACTS W/CHILD UNDER 14
19950705
  DISPO:PROS REJ-OTHER
    ARR BY:CAPD OAKLAND
* * *

COURT:             NAM:01
19950710  CAMC OAKLAND

CNT:01    #400004
  243.4(D)(1) PC-SEXUAL BATT:SEX AROUSAL/ETC
  DISPO:DISMISSED/SOJ/PLEA TO OTHER CHARGE

CNT:02
  647.6 PC-ANNOY/MOLEST CHILDREN
  DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR
    SEN: 24 MONTHS PROBATION, 30 DAYS JAIL

20000826
  DISPO:PROBATION TERMINATED
         *    *    *    END OF MESSAGE    *    *    *
```

## **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page

1 of 1



DEFENDANT'S EXHIBIT 3

11/30/2005 9:02 AM

FROM : Case 2:05-cv-01116-WKW-VPM  Document 11-2  Filed 12/05/2005  Page 11 of 13
PHONE NO. : 775 8905  Dec. 01 2005 02:29PM P4
NOV 30 05 09:99a  safetaskforce  510 268 2221  p.2

# ALAMEDA COUNTY SHERIFF'S DEPARTMENT

## INCIDENT FORM

**CASE NO.** 05-25170

**DATE/TIME REPORTED:** 28NOV05 1500

**EVENT OCCURRED BETWEEN:** 28NOV05 1200 MON — 28NOV05 1200 MON

**CRIME/INCIDENT:** Outside Agency Assist
**LOCATION OF OCCURRENCE:** 100 Blk of 98th Ave, Oakland

**INVOLVED PERSONS:**
1. R/P Britton, Mark — Ventress Corrections, Alabama — P.O. Box 767, Clayton, Alabama 36016
2. S Walker, Everett Lee — P.O. Box 767 Clayton, AL — DOB 2/5/66 — SSN 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

On 16NOV05 I assisted Mark Britton of Ventress Corrections in Alabama. R/P Britton wanted to verify an address of a inmate who wanted to parole to Oakland California.

The father's phone number was researched on "Google" and came back to "Open Data Systems" at 5900 Hollis St in the city of Emeryville (510 655-5019). See addendum 7#A.

The address of 101-98th Ave does not exist and the 100 block of 98th Ave is filled with Rental Car Agency parking, outside of Oakland International Airport. There is no 100 blk of Bancroft and the intersection of 98th Ave and Bancroft Ave is approx. one mile from the 100 block of 98th Ave.

**REPORTING OFFICER:** T. Sandquist 5900 16NOV05 1500

FROM : Vendor Addresses    PHONE NO. : 775 8905    Dec. 01 2005 02:29PM P3
safetaskforce    510 268 2221    P.3
Case 2:05-cv-01116-WKW-VPM   Document 11-2   Filed 12/05/2005   Page 12 of 13

Page 1 of 2



# ATTACHMENT # A

## Appendix 2
## Vendor Addresses

Tidemark Computer Systems, Inc.
Carol Bason
506 Second Ave., Suite 600
Seattle, Wa. 98104
(206)287-1713 (206)287-1913

Des Lauriers Municipal Solutions
40 Kenworth Circle, Suite 8
Franklin, Ma. 02038

Black Bear Systems
PO Box 280,
Chimacum, Wa. 19806
(360) 379-9750 (360) 379-9751

Municipal Software Corp.
Mark Whitesides
250 H St., Suite 244,
Blain, Wa. 98213
1-800-665-5647 (250) 457-6080

Infotrax
90 Beta Dr.
Pittsburg, Pa. 15238
(412) 963-0465 (412) 963-1012

Sierra
1731 West Walnut Ave.
Visalia, Ca. 93277
(559) 627-1959 (559) 627-4906

Open Data Systems
5900 Hollis St.
Emeryville, Ca. 94608
(510) 655-6022 (510) 655-6019

Stone Environmental
58 East State St.

http://www.ces.ncsu.edu/plymouth/septic2/vendoraddresses.html    11/16/2005

FROM : Case 2:05-cv-01116-WKW-VPM Document 11-2 Filed 12/05/2005 Page 13 of 13
Nov 30 05 09:40a safetaskforce PHONE NO. : 775 8905 0++ Dec. 01 2005 02:30PM P6
Vendor Addresses 610 268 2221 p.4

Page 2 of 2

Montpelier, Vt. 05602
(802) 229-2195 (802) 229-5417

CASST
P. O. Box 360098
Dallas, Tx. 75336
(972) 286-3348 (972) 286-0650

Hansen
1721 Rodney St.
Wilmington, De. 19806
(302) 421-8200 (302) 421-8366

WEB SITES

WWW.stone-env.com
WWW.Infotrax.com
WWW.buzzardsbay.org/septifct.htm
WWW.Simms.com/
WWW.Casst.com

Please address any questions to Dr. David Lindbo.

This page created by
Roland O. Coburn, Research Technician I on 1/24/02.

**Return to the Table of Contents**