RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
2005 DEC -6  A 9:  MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DIS  AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
MIDDLE DISTRICT ALA       *IN FORMA PAUPERIS*

__Earnest Lee Walker, 187617__
Plaintiff(s)

v.

__Commissioner of Alabama Dept of Public Safety__
Defendant(s)

I, __Earnest Lee Walker__, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?           Yes ( )   No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __April 2003. I worked for Thaggard Construction and I earned $1200.00 a month.__

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?              Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?    Yes ( )   No (✓)
   D. Gifts or inheritances?                              Yes (✓)   No ( )
   E. Any other sources?                                  Yes ( )   No (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. __I received approximately $20.00 a month for the past 12 months. Total of $240.00__

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 29, 2005_.
             (date)

_____
Signature of Affiant          /87017

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _5.46_ on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____
_____N/A_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $__See__ on the first day of __Attached__
E. $_____ on the first day of _____
F. $_____ on the first day of _____

_____
Authorized Officer of Institution

Date: _12/1/05_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

AIS #: 187017      NAME: WALKER, EARNEST LEE                AS OF: 12/01/2005

| MONTH | # OF DAYS | AVE DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| DEC | 30 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.07 | $0.00 |
| MAR | 31 | $20.20 | $20.00 |
| APR | 30 | $17.70 | $0.00 |
| MAY | 31 | $2.49 | $25.00 |
| JUN | 30 | $1.25 | $15.00 |
| JUL | 31 | $11.14 | $100.00 |
| AUG | 31 | $0.90 | $35.00 |
| SEP | 30 | $2.22 | $0.00 |
| OCT | 31 | $11.14 | $65.00 |
| NOV | 30 | $14.03 | $20.00 |
| DEC | 1 | $5.46 | $0.00 |