IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC -6  A 9: 26

EARNEST LEE WALKER, AIS#187017
    Plaintiff,

v.                                              CIVIL ACTION NO. 2:05-CV-1116-T

COMMISSIONER OF ALABAMA
DEPARTMENT OF PUBLIC SAFETY, et al.,
    Defendants.

## AFFIDAVIT.

My name is Earnest Lee Walker, my prisoner identification number is 187017 and I state the following:

"I am presently serving a 18 months sentence for receiving stolen property in the 1st degree, I will EOS[End of sentence] this sentence on December 12, 2005 and have been notified by officials within ADOC that Alabama's Community Notificaiton Act will be applied to me."

"On or about June 7th, 8th of 2005 I petition the Circuit Court of Montgomery for an **Administrative Due Process Hearing pursuant' to Title 15-20-38 Code of Alabama (1975). The Defendants were served with a copy of the motion and has failed to respond.**"

"On August 1, 2005 I was informed by Classificaiton Supervison, Mr. Bruton, at Ventress Correctional Facility that **Sandra Johnson of the Department of Public Safety stated to him that I would not be entitled to the Administrative Due Process Hearing until after I was discharged on December 12, 2005.**"

"On November 21, 2005 I filed a 1983 Civil Rights Complaints with this Honorable Court stating **a due process violation** because there was **no provision for notice and opportunity to be heard before notification would affect my interest in reputation, employment, free movement and privacy in regards to my out-of-state sex offense conviction in Califorina in 1995 was equivalent to state offense covered by the Act.**"

" I further state that I will present an ex post-facto clause violation at any hearing and all future petitions because this Act has been retroactively applied to me." END OF STATEMENT.

Done this 5th day of December, 2005.

EARNEST LEE WALKER, AIS#187017
DORM 10B BED 18 BOTTOM
V.C.F. P.O. BOX 767
CLAYTON, ALABAMA 36016

### CERTIFICATE OF SERVICE.

I hereby certify that I have served a copy of the foregoing affidavit on the Defendants properly addressed and postage prepaid by placing it in the care of the U.S. Mail at Ventress Correctional on this 5th day of December, 2005.

EARNEST LEE WALKER, AIS#187017