**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NOTHERN DIVISION

Earnest Lee Walker, AIS# 187017
    Plaintiff,

VS.                                              CIVIL ACTION NO. 2:05-CV-1116-T

Commissoner Alabama
Department of Public Safety, et al.,
    Defendants.

Motion For Emergency Relief.

Comes Now, The Plaintiff by-way of Pro-se litigation moves this Honorable Court to grant him emergency Relief in regards to Ala. Code 15-20-22 (a)(1). In support thereof, the Plaintiff presents the following:

1. The Plaintiff has been Released from ADOC on December 12, 2005;
2. The Plaintiff was arrested on December 12, 2005 and Placed in Barbour County Jail for being in violation of 15-20-22;
3. The Plaintiff has pending litigation before this Honorable Court challenging the constitutionality of the act [Statute] as being applied to him.

As Grounds For This Motion, The Plaintiff Presents the following:

1. Immediately upon release the Plaintiff will Register

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

with the Sheriff of Mobile County, Alabama the actual living address at which I will reside;

2. Immediately upon Release the Plaintiff will have to Report to a Probation Officer because he is on 5 years of Probation;

3. The Petitioner is not a Flight Risk, he is a lifelong Resident of the State of Alabama with ties in Mobile County [wife of 21 years, 7 kids, 5 grandkids, mother, and sister].

These factors, plus the local law enforcement authorities [Mobile Police Department & Mobile County Sheriff Department] are fully aware of the Plaintiff's whereabouts - Hopefully is enough to persuade this Honorable Court that the potential risk for harm does not out weigh the other considerations.

Respectfully submitted this 14th day of December, 2005

Earnest Lee Walker
Barbour County Jail
24 Robertson Airport Rd.
Mobile, Alabama 36016