IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| EARNEST LEE WALKER, #187 017 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1116-T |
| COMMISSIONER OF ALABAMA DEPARTMENT OF PUBLIC SAFETY, *et al.*, | * |
| | * |
| Defendants. | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's December 15, 2005 pleading, which the court construes as a Motion for Order Directing Plaintiff's Immediate Release from Custody (Doc. No. 15), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done this 21st day of December 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE