IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1116-WKW |
| | ) |
| COMMISSIONER OF ALABAMA | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 20, 2005, the Magistrate Judge filed a Recommendation (Doc. #16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the plaintiff's Motion for a Preliminary Injunction filed on November 22, 2005 (Doc. No. 2), is DENIED; and

3. That this case is REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 9th day of February, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE