IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, #187 107, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1116-WKW |
| ) | (WO) |
| COMMISSIONER OF ALABAMA ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| *et al.*, ) | |
| ) | |
|    Defendant. ) | |

## **ORDER**

There being no objections to the Report and Recommendation of the Magistrate Judge filed on January 24, 2006 (Doc. # 21), and after an independent review of the record, it is hereby ORDERED that

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for failure to comply with orders of the Court.

DONE this the 13th day of March, 2006.

                         /s/ W. Keith Watkins
                         UNITED STATES DISTRICT JUDGE