IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, #187 107, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1116-WKW |
| ) | (WO) |
| COMMISSIONER OF ALABAMA ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| *et al.*, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

(1) All claims are hereby DISMISSED without prejudice, each party to bear its own costs.

(2) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 13th day of March, 2006.

                    /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE